BEATRICE MINOFF, ET AL., PLAINTIFFS-PETITIONERS,
v. WALTER T. MARGETTS, STATE TREASURER, DE-
FENDANT-RESPONDENT.

See same case below: 14 *N. J. Super.* 30.

*Messrs. Platoff & Platoff* and *Mr. Harold Kolovsky,* for the petitioners.

*Mr. Theodore D. Parsons* and *Mr. William A. Moore,* for the respondent.

September 24, 1951.   Denied.